STATE OF NEW JERSEY v. JOSEPH SATKIN.

March 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL H. DRIVER.

March 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL T. GAVAN, JR.

March 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JIMMY JONES.

March 16, 1976. Petition for certification denied.

ELEANOR SEITS v. TOWNSHIP OF COLTS NECK.

March 16, 1976. Petition for certification denied.

SGT. GENE JOHNSON v.
DIRECTOR OF PUBLIC SAFETY, CITY OF TRENTON.

March 16, 1976. Petition for certification denied.